United States District Court for the Northern District of Illinois

Case Number: 05CU6698 Assigned/Issued By: K.C

## FEE INFORMATION

Amount Due:
- [ ] $250.00
- [ ] $39.00
- [ ] $5.00
- [x] IFP
- [ ] No Fee
- [ ] Other _____
- [ ] $255.00

No. Service copies _____

(For use by Fiscal Department Only)

Date: _____

Amount Paid: _____     Receipt #: _____

Date Payment Rec'd: _____     Fiscal Clerk: _____

## ISSUANCES

- [x] Summons
- [ ] Alias Summons
- [ ] Third Party Summons
- [ ] Lis Pendens
- [ ] Non Wage Garnishment Summons
- [ ] Abstract of Judgment
- [ ] Wage-Deduction Garnishment Summons
- [ ] Citation to Discover Assets
- [ ] Writ _____ (Type of Writ)

(name of victim, who it's against and $ amount)

3 Original and 3 copies on FEB 16 2006 (Date) as to Catherine Barbaro, Dominic Peraci and David Graff

C:\wpwin80\docket\feeinfo.frm     03/23/05